■ In the Matter of SETH JACOB S., an Infant. VINCENT S., Appellant; OHEL CHILDREN'S HOME AND FAMILY SERVICES, Respondent. [21 NYS3d 613]—

Order of disposition, Family Court, New York County (Susan K. Knipps, J.), entered on or about June 3, 2014, to the extent it brings up for review an order, same court and Judge, entered on or about March 31, 2011, finding, after a hearing, that respondent father's consent to the subject child's adoption was not required, unanimously affirmed, without costs.

There is no basis for disturbing the court's determination that respondent's consent to the adoption of the child was not required. The record supports the findings that respondent had not paid "a fair and reasonable sum" toward the child's support and that he did not visit the child at least monthly or, if visitation was not possible, communicate regularly with the child or the child's custodians (see Domestic Relations Law § 111 [1] [d]).

Respondent's constitutional challenges to the statutes providing for notice and consent of an unwed father are unpreserved, and we decline to reach them. Concur—Friedman, J.P., Acosta, Andrias and Richter, JJ.